UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN TODD NASH,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>    Defendant. | Case No. 14-cv-02013-KAW<br><br>ORDER REGARDING STIPULATED PROTECTIVE ORDER<br><br>Dkt. No. 23 |

On October 2, 2014, the parties filed a stipulated protective order. (Dkt. No. 23.) They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 11.)

Accordingly, the parties are ordered to submit, within 7 days of this order, (a) a declaration stating that the proposed order is identical to one of the model orders, (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order, or (c) a declaration explaining why use of one of the model orders is not practicable.

IT IS SO ORDERED.

Dated: October 6, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge