Mark Ankcorn (166871)
*mark@ankcorn.com*
**ANKCORN LAW FIRM, PC**
11622 El Camino Real, Suite 100
San Diego, California 92130
(619) 870-0600 phone
(619) 684-3541 fax

*Counsel for Plaintiff Warren Todd Nash*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| **Warren Todd Nash**, <br><br> Plaintiff, <br><br> v. <br><br> **Capital One Bank, N.A.**, <br><br> Defendant. | Case No.  4:14-cv-2013 KAW <br><br> **Declaration of Mark Ankcorn relating to Stipulated Protective Order (Dkt. 23)** |

I, Mark Ankcorn, declare as follows:

1. I am counsel of record for Plaintiff Warren Todd Nash in this matter. I am admitted to practice as a member of the Bar of this Court as well as a member in good standing of the bars of the states of California and Florida. This declaration is submitted in response to the Court's Order of October 6, 2014 (Dkt. 25) relating to the Parties' submission of a stipulated protective order. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. The stipulated protective order (Dkt. 23) is identical to the Model Order of the Northern District, specifically the document titled "Stipulated

Protective Order for Standard Litigation" as found on this Court's website at http://www.cand.uscourts.gov/model-protective-orders (accessed October 6, 2014)

3. On several occasions, I conferred with counsel for Defendant Capital One, N.A. ("Defendant") regarding the content of a protective order to enable full and robust discovery of relevant documents. Specifically, I had at least two separate phone conversations with Chelsea Diaz, Esq. as well as three or four emails, and an in-person conversation with Hunter Eley, Esq. Both attorneys are with the firm of Doll Amir & Eley LLP and are counsel of record for Defendant.

4. On September 29, 2014, Ms. Diaz sent via email a draft protective order for my review. Due to my travel schedule, I was unable to review that draft until October 1, 2014 at which time I used the document compare tool of the Microsoft Word program to see what, if any, changes had been made from the Model Protective Order which I downloaded from this Court's website in Word format.

5. According to my review, there were no substantive changes to the document. Only the caption and heading capitalization had been changed. I wrote via email to Ms. Diaz later that same day to stipulate to the entry of this order, as well as my permission for her to use my signature for electronic filing.

6. The next day, I received a Notice of Electronic Filing stating that the stipulation had been filed with this Court as Document 23 on the case docket, together with an appropriate proof of service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day at San Marcos, California.

Dated:   October 6, 2014         */s/  Mark Ankcorn*
                                 Mark Ankcorn