| | |
|---|---|
| DOLL AMIR & ELEY LLP<br>HUNTER R. ELEY (SBN 224321)<br>heley@dollamir.com<br>CHELSEA L. DIAZ (SBN 271859)<br>cdiaz@dollamir.com<br>1888 Century Park East, Suite 1850<br>Los Angeles, California 90067<br>Tel: 310.557.9100<br>Fax: 310.557.9101<br><br>Attorneys for Defendant,<br>*Capital One, N.A.* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warren Todd Nash,<br><br>  Plaintiff,<br><br>v.<br><br>Capital One Bank (USA), N.A.,<br><br>  Defendant. | Case No. 4:14-cv-02013-KAW<br>*Magistrate Judge Kandis A. Westmore*<br><br>**DECLARATION OF CHELSEA L. DIAZ RELATING TO THE STIPULATED PROTECTIVE ORDER FILED BY THE PARTIES ON OCTOBER 2, 2014**<br><br>Complaint Filed: May 1, 2014 |

# DECLARATION OF CHELSEA L. DIAZ

I, Chelsea L. Diaz, declare as follows:

1. I am an associate at the law firm of Doll Amir & Eley, LLP, counsel of record for defendant Capital One, N.A. ("Capital One"), erroneously sued as "Capital One Bank (USA), N.A." in the above-captioned action. I am admitted to practice law as a member of the Bar of this Court, as well as a member in good standing of the Bar of California. This declaration is submitted in response to the Court's Order entered on October 6, 2014 pursuant to the Stipulated Protective Order filed by the parties on October 2, 2014. (*See* ECF Document Nos. 23 and 25.) I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could competently testify as to the matters set forth herein.

2. The Stipulated Protective Order filed by the parties on October 2, 2014 is identical to the Model Order of the Northern District that can be found on the Court's website at http://www.cand.uscourts.gov/model-protective-orders (accessed October 10, 2014) ("Model Order"). (*See* ECF Document No. 23.)

3. Specifically, the parties made no substantive changes to the Model Order before filing it on October 2, 2014. The only changes consisted of shortening the caption from "Stipulated Protective Order for Standard Litigation" to "Stipulated Protective Order" and adding the case specific information, such as the names of the parties and the case name and number in the caption, introductory paragraph and Exhibit A. In addition, the headings were bolded for ease of reference. Attached hereto as Exhibit A is a true and correct copy of a redlined comparison of the proposed Stipulated Protective Order filed by the parties with the Model Order.

I declare under Penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct. Executed this 10th day of October, 2014 in Los Angeles, California.

_Chelsea L. Diaz_ (signature)
Chelsea L. Diaz